UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DION OWENS,<br><br>　　　　　　　　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Respondent. | Case No.: 16cv1636-CAB<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

　　On July 1, 2016, this Court issued an order, in case no. 97cr2546-CAB [Doc. No. 67], which stayed this matter pending a decision by the Ninth Circuit in 14-10080, *United States v. Begay*. The Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case.

Dated: April 6, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge